Motion For leave Court to file as John Doe

Plaintiff,
John Doe

04-10495NG

Defendants,
Hon. John Ashcroft
Hon. Tom Ridge
Hon. Colin L. Powell

The plaintiff in this case is considered to be classified information under U.S.C. Title 50 and under U.S. Agent Identity Act.

And under the same laws mentioned above is considered to inflict damage to U.S. National Security if disclosed. Therefore, the plaintiff respectfully requests to file this case under John Doe, and a hearing in camera to positively identify himself.

The defendants in this case were informed about the filling of this complaint and know who the plaintiff is.

03/11/2004
John Doe