UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04-10495NG

John Doe

    Plaintiff,

MAGISTRATE JUDGE Cohen

                               Complaint,

Vs.

Hon. John Ashcroft, U.S. Attorney General  US Department of Justice
Hon. Tom Ridge, Secretary  Homeland Security
Hon. Colin L. Powell, Secretary of State

Defendants.

RECEIPT # 54475
AMOUNT $150
SUMMONS ISSUED N/A
LOCAL RULE 4.1 ___
WAIVER FORM ___
MCF ISSUED ___
BY DPTY. CLK. ___
DATE 3/11/04

## INTRODUCTION

1. The above defendants are sued for failure to protect the sources and methods, breach of contract, conspiracy to disclose confidential sources and methods, intentional infliction of emotional distress, pain and suffering, loss of enjoyment and forceful abandonment of my family, deprivation of life, liberty and professional achievement.
2. Under a clear agreement of strict confidentiality and protection, I was asked inside a US Embassy by the US Government to covertly collect information on behalf of United States about foreign government.
3. When it was clear that the relation was compromised, the US Government failed to live up to the agreement, I was abandoned, I found myself without any protection, deprived of the basic rights as a human being, I lost my normal way of life as a free individual, I lost my family and everything I had.
4. All this was going on when the agencies in charge were busy answering to special interest groups letting into the United States massive flow of fraudulent individuals, with total disregard for the National Security. A multitude of phony charitable, and religious organizations specialized in different ethnical groups were fighting for the so precious immigration quotas. Myself and others who risked their life for this country and demonstrated loyalty to the United States were undesirable, because the quotas were so important to special interest who promised block voting.
5. Not long ago, just before 911 terorists atacks, a group of individuals, who literally fought shoulder to shoulder with US forces, even brought to the US by a government agency, were humiliated in red jump suits and chains on national television by an INS official claiming that he was having secret

case, it was proved to be a farce and the so called secret evidence was pure fabrication, and the overzealous INS official in fact was involved in scams with the so called investors visa, he later resigned in disgrace. This individual clearly disclosed sources and methods because those individuals took part in covert operation along the US special forces. He was supposed to be charged and sent to jail not to resign. I mention this case, because this was not the exception but the norm and is still in place, the special interest is running the immigration in the US, regardless of who is politically appointed as head of the department. James Woolsey called a disgrace and a stain on the US Government credibility. This case and many others including mine clearly shows a total and blunt disregard for the law concerning the intelligence sources the so called human assets which without them, as the director of the CIA admitted, any intelligence agency is useless.

6. Recently the US Intelligence agencies were blamed for failure to provide accurate intelligence, and criticized for lack of human intelligence. Then, why the INS was allowed to humiliated in front of the whole world, the human assets whom the CIA brought them here after their mission was over, who the INS was working for showing the whole world, that this is what happen to you if you became an agent for US Government. And all this was happening under the watch of those who now are blaming the CIA for lack of human intelligence. Meanwhile, when the special interest where bringing in individuals who fraudulently with false documents entered the United States, the INS were treating them like heroes. Some of them blow up the WTC IN 93, others engaged in conspiring to commit terrorist acts against the American people. Unfortunately after 2001, the INS got only a new name with the same mentality and sleeper cells who are just hibernating for a while.

7. I love this country and I was honored to be asked to serve it, unfortunately I am the victim of self serving individuals and haters of the United States who have infiltrated the US government, I trust the American justice system and I am confident that this lawsuit not only will give my life back but serves the interest of the American People and the Real National Security of the United States, by exposing what is really going on behind the political statements and do nothing attitude of the politically appointed heads of departments.

**Newark asylum officer Louis Cotto**

8. Intentionally sent letter containing strictly confidential US Government information to a private non US Government organization, in which he disclosed that the US Government paid money to covertly obtain intelligence information about foreign government. He disclosed that US Goverment had engaged in activities that were incompatible under the 1963 Vienna Convention On Consular Relation.

9. Disclosed the name of a former US Government confidential source of information to unauthorized private individuals, endangering the furtherance of intelligence activities of the United States, endangering my life as the

former confidential source of information, and threatening the life of my family members.

10. After the interview with Mr. Louis Cotto, I noticed that the business card which I received from a US Government official at the embassy in "B Country" was missing, later at the hotel where, involuntarily, I was staying with another three foreign nationals, one of them approached me asking if that business card was mine, saying that he founded it in his passport. Taking into account that Mr. Cotto showed total disregard when he sent the letter containing classified US Information to an unauthorized third party, it was clear that it was no accident when he took the business card from my passport and put it in somebody else's passport, clearly to substantiate the link between me and the US Government when he disclosed the relation to the third party in his letter.

11. Because he intended to create a fictitious story, ignoring my verbal testimony, he called the US Government foreign government in order to allow him to offensively calling me a threat to national security. According to Mr. Cotto, myself I am a threat to national security because I gave information to US Government at the request and guidance of the US Government and individuals with forged documents and fictitious and unverifiable bogus claims who many of them later did or conspired to commit terrorist acts against the United States are not threats to the national security of the United States. It is clear that Mr.Cotto is listening to his conscious not to the interest of the United Sates. Not very long ago a former INS official convicted for espionage on behalf of Cuban Government said that she did not regret what she did because she listened to her conscious.

### New York INS assistant district counsel Randa Zagzoug

12. Mrs Randa Zagzoug conspired to disclose me as a former confidential source of information on behalf of the US Government by aggressively distorting the record. On one hand she was trying to have on the official court record that the US State Department knew nothing about me, and on the other hand, not on the record, she was disclosing my relation with US Government and that Mr. Samelson had engaged in activities that were incompatible with his diplomatic status under the 1963 Vienna Convention On Consular Relation.

13. Jeffrey L. Samelson, former vice consul, personally called Department of State Carol Timko and informed her about my relation with US Government, stating that he was an intermediary. According to Mrs. Timko, when she tried to relay the information from Mr. Samelson to the INS Randa Zagzoug, Randa Zagzoug did not want the information, saying that she Knows. Also when judge Morace tried to call Mrs. Timko during a court hearing Mrs. Zagzoug jumped up and asked that she does not want Mrs. Timko statement on the record. This is clear evidance that Mrs. Zagzoug intentionally and knowingly was falsifying the record

14. Even after the record was closed and a written statement from Mr. Samelson was obtained, Mrs. Zagzoug interestingly submits a letter to be on the record

4

from the same office in the US State Department to which Mr. Samelson gave a statement confirming my relation with US Government, the letter was signed by Mark Susser and saying that the State Department knows nothing about me, which obviously is clear cut lie. Taking into account that the State Department John McGruder who worked in the same office with Mrs. Timko and Mr. Susser, personally asked Mrs. Zagzoug to schedule the hearing with the immigration court , it is ridiculous to say that the State Department knows nothing about me when they asked Mrs. Zagzoug to schedule the case as, she did.

15. Mrs. Zagzoug never mentioned that the hearing was scheduled at the request of Mr. John L. McGruder who was working at the US State Department and contacted Mr. Etelamaki in "A Country" who confirmed my relation with US Goverment, instead in the so called cross examination she was questioning me about things completely not related to the reason I came to the United States , not a single question mentioned about me being interrogated by "B Country" intelligence officers which was the main reason, and a clear sign in security breach at some level in the US Government .It was clear that she not only manipulated the State Department to give false statements but even the Honorable Judge Morace who was asking me about my religion , and not about my encounter with "B Country" intelligence officers, who clearly were aware about me giving confidential information to US Government.

16. What is the difference between former C.I.A chief of station Harold J. Nicholson , convicted for disclosing the sources and methods in the course of a secret relationship, and Mrs. Randa Zagzoug , who not only disclosed the sources and methods , but also she wants them deported , she even asked me if I receive a fair trial if I was charged with espionage on behalf of US Government.

17. Mrs. Randa Zagzoug, in her closing, after she saw evidence that I risked my life to give information to US Government , stated that I betrayed my own country and that I do not qualify for asylum in the country that I risked my life for, the United States, under the United Nation Convention Against Torture.

18. Mrs Zagzoug ,who is a lawyer, asked an interpreter to translate a "C Country"law referring to espionage , like she was expecting that perhaps was an exception , if the US Government was the beneficiary. The fact is, Mrs Zagzoug also asked the interpreter to translate personal documents of mine, obviously to facilitate a connection between me and the espionage law of the respective country, this is clear conspiracy to disclose the sources of information of the US Government. Also the fax number of one interpreter belongs to a copy machine manufacturer, and the person who signed the translation doesn't exist, according with the company personnel department records.

19. Mrs.Randa Zagzouz also called me naïve because I believed the US Government when I was told that the relation was strictly confidential and that I will be protected. It is important to note that just before September 11,2001 , while my case was pending, in the same immigration court and under the same judge Philip Morace , and the same INS Counsel from Mrs. Zagzoug

office, an individual brought in by special interest ,some Buddhist religious group , who obtained a tourist visa on a false passport from a US Embassy overseas, and attended by a monk, fools (may be was given a pass) the customs at NY JFK airport, and went underground for more than year, received asylum on the spot with no question asked either by judge Morace or by the ins counsel.

20. The alien mentioned above fits the profile of individuals which the so called Vera Institute For Justice, a nonprofit organization, who incredibly had a contract with the INS to assist individuals that end up on New York JFK airport with false documents . According to Vera Institute , when a alien arrives at JFK with false documents , Vera institute finds or manufacture a cousin and secure his release .It is interesting that judge Philip Morace ,who granted asylum to the smuggled alien described in paragraph 27, had praised in a speech ,the Vera institute for their AAP sponsored program .

### State Department (DRL) Carol Timko and Marc Susser

21. Former vice consul Jeffrey Samelson personally called Mrs. Carol Timko and confirmed the relation between me an the US Government stating that he was an intermediary. Mrs. Timko instead of sending the information to the INS , she sent what the INS Randa Zagzoug wanted on the record , that the State Department has no information about me, and to allow Mrs. Zagzoug to falsify the record . I called Mrs. Carol Timko ,who was her job to transmit real information to the INS not lies, and Mr.Timko told me that she was not my lawyer. It is obvious that after the incident during a immigration court hearing , when Judge Philip Morace tried to call Mrs. Timko , and Mrs. Zagzoug jumped up and said that she doesn't want that on the record, Mrs.Zagzoug contacted Mrs.Timko and persuaded her not to send the real information.

22. After the record was closed , Mrs. Zagzoug submits a statement signed by Marc Susser who was the head of Mrs. Carol Timko's office. Despite that Mrs. Timko clearly was informed about my relation with US Government by former employee of the State Department former vice consul Jeffrey Samelson.in his statement Mr. Susser states that the State Department has no information about me, which was a definite lie. I called Mr. Susser and I asked him to send the real information to the INS court . Mr. Susser said that was too late . It was clear that Mr. Susser did not care that Mrs. Zagzoug used his false statement to disclose the sources and methods of the US Government, and he didn't care that his false statement would be used to inflict damage to US National Security.

### US DOJ Immigration court, Philip Morace .

23. Despite clear evidence that the reason of my coming to US was to prevent the disclosure of US classified information which was part of the agreement ,

and after being harassed by foreign intelligence agents because of my relation with US Government, and overwhelming evidence that both Mr.Cotto and Mrs Zagzoug of the INS, intentionally was conspiring and falsifying the record , The Honrable USDOJ immigration judge Philip Morace, who was chosen by Mrs. Zagzoug to be on my case, was asking me about my religion, and when I answered that I was a Christian , he asked me what kind of Christian I was , at which Mrs.Zagzoug who is a Muslim was smiling and actually got the green light from judge Morace , to continue asking me questions not related to the reason I came to United States and asked for protection. Mrs. Zagzoug was telling judge Morace that I betrayed my own country and judge Morace asked me why did I do it, like I did something wrong to serve the interest of the United States. It was clear that both judge Morace who was chosen by Mrs Zagzoug to be on my case , intentionally psychologically was torturing me because of their shared feeling that it is wrong for the United Government to covertly collect information for the protection of the United States and I had to be tortured because I was part of that. Meanwhile, just before September 11 ,2001 , judge Philip Morace grants asylum on the spot with no questions asked, to an individual brought in by special interest , and deceived with false documents every US Government agency including the US Embassy overseas and the US Customs at JFK Airport, and clearly this individual was not the only one , he just fits the profile.

### M. S. E, US State Department Diplomatic Security

24. I was asked to contact Mr. E , who was stationed overseas at the time . I told Mr. E that my rights as a human being were taken away and that I was humiliated and insulted because I risked my life for the United States , I also asked him to intervene and stop the disclosing of classified information by the INS. Despite the fact that Mr. E knew that it was an agreement between me and the US Government, he was telling me to contact a human rights organization to help me. This was a great insult and a psychological blow because it was inside a United State Embassy when the agreement was made not some human rights organization. Mr. M.S. E was convicted on October 1, 2001 and is serving a sentence for things not related to this case but clearly shows the quality and morality of the individuals involved in this case.

## PARTIES

Plaintiff

John Doe
P.O.Box 20109
NY, NY 10001-0005

Defendants

Hon. John Ashcroft, U.S. Attorney General  US Department of Justice..
Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Hon. Tom Ridge, Secretary Homeland Security
U.S. Department of Homeland Security
Washington, D.C. 20528

Hon. Colin L. Powell, Secretary of State
U.S. Department of State
2201 C Street NW
Washington, DC 20520

## JURISDICTION

1. This Court has jurisdiction over all claims asserted in this action pursuant to 28 U.S.C. § 1331 because all matters in controversy arise under the Constitution and laws of the United States.

33. This Court has jurisdiction over all claims asserted in this action, pursuant to 28 U.S.C. § 1346 because the claims are asserted against officials of the United States acting in their official capacities.

## RELIEF REQUESTED

US Department of State       : $100,000,000.00
US Department Of Justice   : $100,000,000.00
US Department of Homeland Security : $100,000,000.00

John Doe,
03/11/2004