UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN DOE,  )<br>          Plaintiff,  )<br>                      )<br>v.                    )<br>                      )<br>JOHN ASHCROFT, et al.,  )<br>          Defendants.  )<br>                      ) | Civil Action No. 04-10495-NG |

DEFENDANTS' MOTION TO DISMISS

Defendants hereby move to dismiss pursuant to Fed. R. Civ. P. 12(b)(1), (2), (3), (5) and (6), based on lack of subject matter jurisdiction, lack of personal jurisdiction, insufficiency of service of process, improper venue, and failure to state a claim.  In the alternative, Defendants move, pursuant to Fed. R. Civ. P. 12(e) for a more definite statement, so that, if necessary, they can move to dismiss based on absolute and/or qualified immunity.  The grounds for this motion are more fully set forth in the Memorandum of Law filed herewith.

WHEREFORE, Defendants respectfully request that this Court allow their motion to dismiss.

          Respectfully Submitted,

          For the Defendants,

          By their attorneys,

          MICHAEL J. SULLIVAN
          UNITED STATES ATTORNEY

By:   /s/ Jeremy Sternberg
      Jeremy M. Sternberg
      Assistant U.S. Attorney
      One Courthouse Way
      U.S. Courthouse, Suite 9200
      Boston, MA 02210
      (617) 748-3100

Certificate of Service

I hereby certify that on this day, I caused a copy of the foregoing pleading to be sent by U.S. Mail to John Doe, P.O. Box 20109, New York, NY 10001-0005.

          /s/ Jeremy Sternberg
Dated: 5/28/04      Jeremy M. Sternberg
          Assistant U.S. Attorney