UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -1  P 3: 13

U.S. DISTRICT COURT
DISTRICT OF MASS.

John Doe,

    Plaintiff,         CASE NO. 04-CV-10495NG

    v.

Ashcroft et. al,        **MOTION TO FILE UNDER SEAL**

    Defendant.

This is to inform the court of the Plaintiff intent to file a motion for entry of default judgement as to all defendants under Ashcroft et.al according to the provisions of Rule 55(e), Federal Rules of Civil Procedure.

Because the information to be provided in suport of the said motion is presumed to cause damage to U.S.National Security if disclosed, according to Title 50 U.S.C, E.O.12356 and E.O.12958, the Plaintiff respectfully requests that all documents and material to be submitted in support of the motion for entry of default judgement to be placed under seal and protected from disclosure.

Respectfully submitted.        Date: 05/19/04

John Doe
P.O.Box 20109
New York, NY 10001-0005

X _____