UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -1  P 3: 13

U.S. DISTRICT COURT
DISTRICT OF MASS

John Doe,

    Plaintiff,        CASE NO. 04-CV-10495NG

    v.

Ashcroft et. al,      **APPLICATION FOR ENTRY OF PARTY'S DEFAULT**

    Defendant.

I, Plaintiff/Petitioner respectfully ask the court for entry of party's default as to all defendants under Ashcroft et.al according to the provisions of Rule 55(a), Federal Rules of Civil Procedure, and in support of petition declares the following:

1. A copy of said Complaint and a Summons in this Civil action were served by certified mail on each defendant as follows:

John Ashcroft, served on April 19, 2004. Exhibit 1.

Colin Powell, served on April 19, 2004. Exhibit 2.

Tom Ridge, served on April 20, 2004. Exhibit 3.

Michael J. Sullivan, U. S. Attorney District of

Massachusetts, served on April 26, 2004 according to Rule

4(i)(1)(A). Exhibit 4.

Copies of the Proof of service and Summons served are included as part of the Exhibit 1, 2, 3, and 4.

2. Because more than twenty days had elapsed since the service of said Complaint and Summons, and no answer having been served by defendants on the plaintiff, defendants has failed to plead or otherwise defend in this action, the clerk shall enter the party's default as to all defendants.

**Federal Rules of Civil Procedure. Rule 55. Default**

**(a) Entry.**

When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

**Affidavit**

I, Plaintiff, declare under penalty of perjury, under the laws of the United States of America that the statements contained in this application are true and accurate to the best of my knowledge and belief. A copy of this application was mailed to each party to this Civil Action.

Respectfully submitted.                    Date: 05/19/2004

John Doe
P.O.Box 20109
New York, NY 10001-0005

X_____