UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| John Doe, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 04-CV-10495NG |
| ) | Motion for leave to amend initial |
| v. ) | Complaint |
| ) | |
| Ashcroft et. al, ) | |
| ) | |
| Defendants. ) | |

Plaintiff filled a civil action on March 11, 2004 under the pseudonym of John Doe and has excluded certain names, places and detail to protect both safety of Plaintiff and U.S. national security information from being disclosed.

Plaintiff respectfully requests for a leave to amend the initial Complaint to substantiate his claims and entitlement to relief.

Plaintiff is submitting a copy of the amended complaint together with this motion, and a copy of the amended complained is sent by certified mail to defendants' counsel, and all defendants named in the complained.

Also together with this motion plaintiff is submitting the proof of service for the initial complaint and will complete the service to the amended complaint in the proper manner required by F.R.C.P.

1

## Certificate of Service

I hereby certify that a copy of this motion was mailed to defendants' counsel Jeremy Sternberg, Assistant U.S. Attorney at the following address:

Jeremy M. Sternberg
Assistant U.S. Attorney
One Courthouse Way
U.S. Courthouse, Suite 9200
Boston, MA 02210

Respectfully submitted.    Date: 06/21/2004

John Doe
P.O. Box 20109
New York, NY 10001-0005

X _____