UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN DOE, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>JOHN ASHCROFT, et al., )<br>        Defendants. )<br>) | | Civil Action No. 04-10495-NG |

DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendants hereby move for an extension time to respond to Plaintiff's Second Amended Complaint filed on August 12, 2004. On August 20, 2004, this Court entered an order directing Defendant's to respond to Plaintiff's Second Amended Complaint by August 27, 2004, and specifically to "address the facts alleged in the amended complaint." For the reasons described below, Defendants seek an extension of time until September 24, 2004 to file the response:

1. Plaintiff's proposed Second Amended Complaint raises new factual allegations that require investigation in order for the Defendants to submit an appropriate response. Plaintiff's Second Amended Complaint is approximately three times longer in terms of pages and paragraphs than the original one. It also attaches 13 exhibits which were not included in the original Complaint. For example, there are numerous new factual allegations regarding Plaintiff's relationship with the United States and his asylum proceedings that must be carefully examined before responding.

2. Plaintiff's proposed Second Amended Complaint also refers to five new defendants, Carol Timko, Marc Susser, Marva McAllister, Randa Zagzoug and Philip Morace, and a host of

allegations regarding their conduct. Counsel for the government needs additional time to address these allegations.

  3. Counsel for the Defendants has vacation scheduled in late August and early September, and the requested delay imposes no hardship on the Plaintiff.

  WHEREFORE, Defendants respectfully request that this Court allow their motion for an extension of time.

<br>

              Respectfully Submitted,

              For the Defendants,

              By their attorneys,

              MICHAEL J. SULLIVAN
              UNITED STATES ATTORNEY

         By: /s/ Jeremy M. Sternberg
             Jeremy M. Sternberg
             Assistant U.S. Attorney
             One Courthouse Way
             U.S. Courthouse, Suite 9200
             Boston, MA 02210
             (617) 748-3100

Certificate of Service

  I hereby certify that on this day, I caused a copy of the foregoing pleading to be sent by U.S. Mail to John Doe, P.O. Box 20109, New York, NY 10001-0005.

              /s/ Jeremy M. Sternberg
Dated: 8/23/04         Jeremy M. Sternberg
             Assistant U.S. Attorney