UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  04-10495-NG |
| | ) | |
| JOHN ASHCROFT et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## SUBSTITUTION OF APPEARANCE

To the Clerk:

Please enter my appearance as counsel of record for the defendants in the above-captioned matter in substitution for Assistant U.S. Attorney Jeremy Sternberg.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                U.S. Attorney

                    By:    /s/ Damian W. Wilmot
                             Damian W. Wilmot
                             Assistant U.S. Attorney
                             U.S. Attorney's Office
                             United States Courthouse
                             1 Courthouse Way, Suite 9200
                             Boston, MA   02210
                             (617) 748-3100

Dated: September 1, 2004

**CERTIFICATE OF SERVICE**

I certify that on September 1, 2004, I caused a copy of the foregoing pleading to be sent by U.S. Mail to John Doe, P.O. Box 20109, New York, NY 10001-0005.

                                        /s/ Damian W. Wilmot
                                        Damian W. Wilmot