UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,                    )<br>          Plaintiff,         )<br>                              )<br>V.                            )<br>                              )<br>JOHN ASHCROFT, et al.,        )<br>          Defendants.         )<br>                              ) | Civil Action No. 04-10495-NG |

## DEFENDANTS' MOTION TO DISMISS

Defendants in the above-captioned action hereby move, pursuant to Fed. R. Civ. P. 12(b)(1), (2), (3), (5) and (6), to dismiss the Plaintiff's Second Amended Complaint for lack of subject matter jurisdiction, lack of personal jurisdiction, insufficiency of service of process, improper venue, and failure to state a claim. In support of this motion, the Defendants submit the accompanying Memorandum of Law in Support of their Motion to Dismiss.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                    By:    /s/ Damian W. Wilmot
                          DAMIAN W. WILMOT
                          Assistant U.S. Attorney
                          John Joseph Moakley Federal Courthouse
                          One Courthouse Way, Suite 9200
                          Boston, MA 02210
                          (617) 748-3100

Dated: September 24, 2004

## CERTIFICATION UNDER L.R. 7.1

It is the undersigned's position that because the Plaintiff is *pro se* a 7.1 conference is unnecessary, as that Rule pertains to "counsel."

        /s/ Damian W. Wilmot
DAMIAN W. WILMOT
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I certify that on September 24, 2004, I caused a copy of the foregoing Motion to Dismiss to be served on Plaintiff by first class mail, postage pre-paid to John Doe, P.O. Box 20109, New York, NY 10001-0005.

        /s/ Damian W. Wilmot
DAMIAN W. WILMOT
Assistant U.S. Attorney