```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| JOHN DOE,                          ) | |
|     Plaintiff,                     ) | |
|                                    ) | |
|     v.                             ) | C.A. No. 04-10495-NG |
|                                    ) | |
| JOHN ASHCROFT, et al.,             ) | |
|     Defendants.                    ) | |

GERTNER, D.J.:

### ORDER OF DISMISSAL

For the reasons set forth in the accompanying Memorandum and Order, Defendants' Motions to Dismiss [documents ## 3 and 12] are **GRANTED** and this case is **DISMISSED**.

In addition, Plaintiff's Motion for Leave to Amend Initial Complaint [document # 8] is **MOOT** and Plaintiff's Motion for Summary Judgment [document # 15] is **DENIED**.

**SO ORDERED.**

Date:  January 28, 2005          /s/NANCY GERTNER, U.S.D.J.