UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JOHN DOE,** )<br>**Plaintiff,** )<br> )<br>**v.** )<br> )<br>**JOHN ASHCROFT, et al.,** )<br>**Defendants.** )<br>_____ ) | **Civil Action No. 04-10495-NG** |

**NOTICE OF APPEAL**

The plaintiff John Doe, appeals from the Order of this Court of January 28, 2005

allowing the defendants' Motion to Dismiss [documents ## 3 and 12], for lack of subject

matter jurisdiction, personal jurisdiction, failure to state a claim, Qualified Immunity

grounds, and the Court's dismissal of this action.

The plaintiff further appeals the court failure to consider plaintiff arguments,

evidence and exhibits as a result of incorrect docketing, pages 2 and 3 of the plaintiff

opposition [document #7] to defendants motion to dismiss [document #3], are missing

and not docketed. Also failure to docket or to mention on the docket that the second

amended complaint [document #9] contains 13 exhibits attached as supporting evidence.

The Plaintiff further appeals the court decision of allowing defendants' unilateral

request to decide on motions without hearings.

John Doe
P.O.Box 20109                     Date: February 21, 2005
New York, NY 10001-0005

X_____