# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-10495

John Doe

v.

John Ashcroft, et al

## CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) NOA #20 & documents # 1, 15, 16, are the original pleadings and original electronic copies of 2-14, 17, 18, 19 constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/28/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 3, 2005.

Tony Anastas, Clerk of Court

By: /s/ Jeanette Ramos

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/4/05 .

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-10495-NG

Doe v. Ashcroft et al
Assigned to: Nancy Gertner
Cause: 28:1346 Breach of Contract

Date Filed: 03/11/2004
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**John Doe, #**  represented by  **John Doe, #**
P.O. Box 20109
New York, NY 10001-0005
PRO SE

V.

**Defendant**

**Attorney General John Ashcroft**  represented by  **Jeremy M. Sternberg**
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3142
Fax: 617-748-3971
Email: jeremy.sternberg@usdoj.gov
*TERMINATED: 09/01/2004*
*ATTORNEY TO BE NOTICED*

**Damian W. Wilmot**
U.S. Attorney's Office
John Joseph Moakley United States Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210
617-748-3398
Fax: 617-748-3969
Email: damian.wilmot@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tom Ridge**  represented by  **Jeremy M. Sternberg**
(See above for address)
*TERMINATED: 09/01/2004*
*ATTORNEY TO BE NOTICED*

**Damian W. Wilmot**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Colin Powell**  represented by  **Jeremy M. Sternberg**
(See above for address)
*TERMINATED: 09/01/2004*
*ATTORNEY TO BE NOTICED*

**Damian W. Wilmot**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Philip Morace**
*US Department of Justice*

represented by **Damian W. Wilmot**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Randa Zagzoug**

represented by **Damian W. Wilmot**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Marva McAllister**
*Homeland Security*

represented by **Damian W. Wilmot**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Marc Susser**
*US Department of State*

represented by **Damian W. Wilmot**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Carol Timko**
*US Department of State*

represented by **Damian W. Wilmot**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/11/2004 | 1 | MOTION to proceed as John Doe by John Doe, filed. (Filo, Jennifer) (Entered: 03/17/2004) |
| 03/25/2004 |  | Judge Nancy Gertner : Electronic ORDER entered granting 1 Motion to proceed as John Doe (Filo, |

| | | |
|---|---|---|
| | | Jennifer) (Entered: 03/25/2004) |
| 03/25/2004 | 2 | COMPLAINT against John Ashcroft, Colin Powell, Tom Ridge Filing fee: $ 150, receipt number 54475, filed by John Doe.(Filo, Jennifer) (Entered: 03/25/2004) |
| 03/25/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Cohen. (Filo, Jennifer) (Entered: 03/25/2004) |
| 03/25/2004 | | Summons Issued as to John Ashcroft, Colin Powell, Tom Ridge. (Filo, Jennifer) (Entered: 03/25/2004) |
| 04/06/2004 | | Summons Reissued as to John Ashcroft, Colin Powell, Tom Ridge. (Filo, Jennifer) (Entered: 04/06/2004) |
| 05/28/2004 | 3 | MOTION to Dismiss by John Ashcroft, Colin Powell, Tom Ridge.(Sternberg, Jeremy) (Entered: 05/28/2004) |
| 05/28/2004 | 4 | MEMORANDUM in Support re 3 MOTION to Dismiss filed by John Ashcroft, Colin Powell, Tom Ridge. (Sternberg, Jeremy) (Entered: 05/28/2004) |
| 06/01/2004 | 5 | MOTION to Seal by John Doe #.(Filo, Jennifer) (Entered: 06/03/2004) |
| 06/01/2004 | 6 | Request for notice of default. (Filo, Jennifer) (Entered: 06/10/2004) |
| 06/07/2004 | | Judge Nancy Gertner : ELECTRONIC ORDER entered denying 5 Motion to Seal. (Gertner, Nancy) (Entered: 06/07/2004) |
| 06/10/2004 | | Judge Nancy Gertner : ORDER entered denying notice of default (docket # 6); defendants have filed a motion to dismiss in lieu of an answer which they are entitled to do. (Gertner, Nancy) (Entered: 06/10/2004) |
| 06/10/2004 | 7 | Request to Deny Defendants' Motion to Dismiss; Motion for Injunctive Relief; Motion for Declaratory Judgment and MOTION to Amend 2 Complaint by |

| | | |
|---|---|---|
| | | John Doe #.(Filo, Jennifer) (Entered: 06/14/2004) |
| 06/16/2004 | 🔵 | Judge Nancy Gertner : ELECTRONIC ORDER entered denying 7 Motion to Amend in its current form. If plaintiff wishes to amend his initial complaint, he must do so in the proper fashion -- by filing a motion for leave to amend with an attached amended complaint that conforms to the applicable standards under the rules. That means not only that it must be written in numbered paragraphs, etc., but that it must allege with specificity what defendants, supervisors and subordinates did or failed to do, allege specifically whether he first presented his claim to the relevant agencies as required under the Federal Tort Claims Act (exhaustion of administrative rememdies requirement), and allege specific facts that create a cognizable Bivens claim, among other things. If plaintiff wishes to amend his complaint, he is to do so by June 28, 2004. In addition, plaintiff is to provide the Court with proof of service of all defendants. (Gertner, Nancy) (Entered: 06/16/2004) |
| 06/28/2004 | 8 | MOTION to Amend 2 Complaint by John Doe #. (Attachments: # 1 Amended Complaint)(Filo, Jennifer) (Entered: 07/01/2004) |
| 07/28/2004 | 🔵 | Judge Nancy Gertner : ELECTRONIC ORDER entered: Although this Court has granted plaintiff's motion to docket this case as "John Doe v. Ashcroft et al," this does not excuse him from the requirement that he file a detailed complaint with specific allegations. Plaintiff is hereby ordered to file a second amended complaint which includes all necessary names, places, and detail by August 13, 2004, or his complaint will be dismissed. (Gertner, Nancy) Modified on 7/29/2004 to add the word electronic(Filo, Jennifer). (Entered: 07/28/2004) |
| 08/12/2004 | 9 | SECOND AMENDED COMPLAINT against Philip |

| | | |
|---|---|---|
| | | Morace, Randa Zagzoug, Marva McAllister, Marc Susser, Carol Timko, John Ashcroft, Colin Powell, Tom Ridge, filed by John Doe #.(Filo, Jennifer) (Entered: 08/16/2004) |
| 08/20/2004 | | Judge Nancy Gertner : ORDER entered directing to address the facts in the amended complaint by August 27, 2004: Defendants filed a motion to dismiss [docket # 3] on May 28, 2004. Plaintiff responded on August 12, 2004, with a motion to amend his complaint [docket # 9]. Defendants are to respond to plaintiff's motion to amend by August 27, 2004, and in so doing supplement their motion to dismiss to address the facts alleged in the amended complaint.(Gertner, Nancy) (Entered: 08/20/2004) |
| 08/23/2004 | 10 | MOTION for Extension of Time to September 24, 2004 by John Ashcroft, Colin Powell, Tom Ridge. (Sternberg, Jeremy) (Entered: 08/23/2004) |
| 08/25/2004 | | Judge Nancy Gertner : Electronic ORDER entered granting 10 Motion for Extension of Time to 9/24/04 (Molloy, Maryellen) (Entered: 08/25/2004) |
| 09/01/2004 | 11 | NOTICE of Appearance by Damian W. Wilmot on behalf of all defendants (Wilmot, Damian) (Entered: 09/01/2004) |
| 09/24/2004 | 12 | MOTION to Dismiss by John Ashcroft, Marva McAllister, Philip Morace, Colin Powell, Tom Ridge, Marc Susser, Carol Timko, Randa Zagzoug.(Wilmot, Damian) (Entered: 09/24/2004) |
| 09/24/2004 | 13 | MEMORANDUM in Support re 12 MOTION to Dismiss filed by John Ashcroft, Marva McAllister, Philip Morace, Colin Powell, Tom Ridge, Marc Susser, Carol Timko, Randa Zagzoug. (Wilmot, Damian) (Entered: 09/24/2004) |
| 10/07/2004 | 14 | RESPONSE to Motion re 12 MOTION to Dismiss filed by John Doe #. (Filo, Jennifer) (Entered: |

| | | |
|---|---|---|
| | | 10/14/2004) |
| 01/07/2005 | 15 | MOTION for Summary Judgment by John Doe.(Filo, Jennifer) (Entered: 01/10/2005) |
| 01/07/2005 | 16 | MEMORANDUM in Support re 15 MOTION for Summary Judgment filed by John Doe. (Filo, Jennifer) (Entered: 01/10/2005) |
| 01/27/2005 | 17 | Opposition re 15 MOTION for Summary Judgment filed by John Ashcroft, Philip Morace, Randa Zagzoug, Marva McAllister, Tom Ridge, Marc Susser, Carol Timko, Colin Powell. (Wilmot, Damian) (Entered: 01/27/2005) |
| 01/28/2005 | | Judge Nancy Gertner : Electronic ORDER entered granting 3 Motion to Dismiss, finding as moot 8 Motion to Amend, granting 12 Motion to Dismiss, denying 15 Motion for Summary Judgment...see memo & order dated 1/28/05 for details. (Molloy, Maryellen) (Entered: 02/01/2005) |
| 01/28/2005 | 18 | Judge Nancy Gertner: MEMORANDUM AND OPINION issued, see memo for details.(Molloy, Maryellen) (Entered: 02/01/2005) |
| 01/28/2005 | 19 | Judge Nancy Gertner: ORDER entered....ORDER DISMISSING CASE, order for details, case closed. (Molloy, Maryellen) Additional attachment(s) added on 2/1/2005 (Filo, Jennifer). (Entered: 02/01/2005) |
| 02/28/2005 | 20 | NOTICE OF APPEAL as to 18 Memorandum & Opinion by John Doe. $ 255, receipt number 62368 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/21/2005. (Filo, Jennifer) (Entered: 03/02/2005) |