# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-10495

John Doe

v.

John Ashcroft, et al

## CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) NOA #20 & documents # 1, 15, 16, are the original pleadings and original electronic copies of 2-14, 17, 18, 19 constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/28/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 3, 2005.

Tony Anastas, Clerk of Court

By: _Jeanette Ramos_
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/22/05 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 05-1318

[cv: apprec.] [cr: kapprec.]