04-10495
USDC/MA
Gertner, N.

# United States Court of Appeals
## For the First Circuit

No. 05-1313

**MANDATE**

JOHN DOE,

Plaintiff, Appellant,

v.

ALBERTO GONZALES, ATTORNEY GENERAL,

Defendants, Appellees.

Before

Boudin, <u>Chief Judge</u>,
Torruella, and Howard, <u>Circuit Judges</u>.

**JUDGMENT**
Entered: December 30, 2005

We have reviewed the parties' briefs and the record on appeal, including those documents proffered in appellant's record appendix that appellant claims were not properly forwarded to this court by the district court. We affirm the district court order of dismissal, essentially for the reasons stated in the district court's Memorandum and Order, dated January 28, 2005.

<u>Affirmed</u>.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 2/23/06

By the Court:
Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

[cc: John Doe, Damian Wilmot, AUSA]